UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: | Chapter 13 |
| Mark & Debra Poole, | Case No. 15-43053 |
| Debtors, | Hon. Thomas J. Tucker |

_____

Mark J. Van Epps   P33068
VAN EPPS & VAN EPPS
Attorney for Debtors
318 N. Water Street
Owosso, Michigan   48867
(989) 723-6777
mvanepps@vaneppslaw.com
_____

**STIPULATION FOR ENTRY OF ORDER ALLOWING DEBTOR TO ENTER INTO PERMANENT MORTGAGE LOAN MODIFICATION WITH WELLS FARGO HOME MORTGAGE AND MODIFYING CHAPTER 13 PLAN**

Debtors, Mark & Debra Poole; Creditor, Wells Fargo Home Mortgage; and the Standing Chapter 13 Trustee, Tammy L. Terry, hereby stipulate to entry of an Order Allowing Debtor to Enter Into Permanent Mortgage Loan Modification With Creditor, Wells Fargo Home Mortgage, and Modifying Chapter 13 Plan in the form attached as Exhibit "A".

| | |
|---|---|
| /s/Tammy L. Terry | /s/Mark J. Van Epps |
| Tammy L. Terry | Mark J. Van Epps   P33068 |
| Chapter 13 Standing Trustee | Attorney for Debtor |
| 535 Griswold, Ste., Ste. 2100 | 318 N. Water Street |
| Detroit, Michigan   48226 | Owosso, MI   48867 |
| (313) 967-9857 | (989) 723-6777 |
| | mvanepps@vaneppslaw.com |

/s/Ryan Byrd
Ryan Byrd P75906
Attorney for creditor
P.O. Box 5041
Troy, Michigan   48007
(248) 502-1400
rbyrd@orlans.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re: Chapter 13

Mark & Debra Poole, Case No. 15-43053

Debtors, Hon. Thomas J. Tucker

_____

**ORDER ALLOWING DEBTOR TO ENTER INTO PERMANENT MORTGAGE
LOAN MODIFICATION WITH WELLS FARGO HOME MORTGAGE
AND MODIFYING CHAPTER 13 PLAN**

THIS CAUSE came before the Court on the Stipulation of Debtors, Mark & Debra Poole; Creditor, Wells Fargo Home Mortgage ("Creditor"); and the Standing Chapter 13 Trustee, Tammy L. Terry, for entry of an Order Allowing Debtor to Enter Into Permanent Mortgage Loan Modification with Creditor, Wells Fargo Home Mortgage and Modifying Chapter 13 Plan, and this Court, having reviewed the Stipulation and proposed Order, having determined that entry of this Order is consistent with the provisions of Title 11, United States Code, having determined that entry of this Order is not adverse to any party in interest, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Debtors' Permanent Loan Modification with Creditor is approved as follows:
   a. Effective 04/01/2016, the outstanding principal balance under the Mortgage Loan is $50,968.73.
   b. The maturity date of the Mortgage Loan is 04/01/2056.
   c. The interest rate on the outstanding balance is 3.875% per annum. This rate is fixed for the remainder of the loan term.
   d. Effective 04/01/2016, Debtors' ongoing Class 4.1 mortgage payment shall be $382.88 per month, including Principal and Interest plus escrow amounts for property insurance and property taxes. The payment amount shall be subject to future adjustments for changes in insurance and taxes as provided for the mortgage and consistent with the requirements of applicable Federal and State Law.
   e. The property securing this mortgage is located at 2118 Farrand Street, Port Huron, MI 48060.

2. Effective 04/01/2016, payments pursuant to the Loan Modification approved in this Order shall be made by the Chapter 13 Trustee, addressed to Wells Fargo Home Mortgage, Suite L-2-200, 1200 West 7th Street, Los Angeles, CA 90017. Trustee shall make these payments as part of the Trustee's normal disbursement cycle and consistent with the terms of Debtors' confirmed plan as modified herein.

3. Upon the conclusion of Debtors' Chapter 13 case, whether by discharge, conversion, dismissal or otherwise, Debtor shall be responsible for making all future payment pursuant to the terms of the Mortgage Loan documents.

4. The Mortgage Loan shall be deemed contractually current as of 04/01/2016. The Chapter 13 Trustee shall not make further disbursements on any accrued but unpaid balance on Creditor's Class 4.1 post-petition mortgage payments or on Creditor's Class 4.2 pre-petition arrearage claim accruing prior to the date stated in this Paragraph 4.

5. Except as modified in this Order, the terms and conditions of the Loan and Mortgage documents between Debtor and Creditor shall remain in full force and effect.

6. The treatment of the claim of Creditor in Debtors' Chapter 13 Plan as confirmed (and as modified, if at all) is modified as necessary to comply with the provisions of this Order, including but not limited to, the change in Creditor's Class 4.1 mortgage payment and suspension of disbursements on Creditor's Class 4.2 pre-petition arrearage claim.

7. Entry of this Order is without prejudice to debtor filing any further plan modification that debtor deems appropriate.

IT IS FURTHER Ordered and adjudged that except as expressly modified herein, Debtors' Plan as confirmed (and as later modified, if at all) shall remain in full force and effect.

Exhibit "A"